# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

ANGEL PENA                          Chapter 13


                    Debtor            Bankruptcy No. 12-16770-ELF


## NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

William C. Miller, Trustee has filed a Trustee's Motion to Dismiss with the court for the    purpose of dismissing this Chapter 13 bankruptcy case for the reason(s) stated in the enclosed motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you donot have an attorney you may wish to consult an attorney.)

1.   If you do NOT want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen days (15) prior to the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:


   (a)      file an answer explaining your position at:

             U.S. Bankruptcy Court
             900 Market Street-Suite 400
             Philadelphia, PA 19107


   (b)      mail a copy to the movant's attorney:

             William C. Miller, Esquire
              P.O. Box 1229
             Philadelphia, PA 19105
             Telephone: (215) 627-1377 Fax: 215-627-6299

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3.   A hearing on the Motion is scheduled to be held before Eric L. Frank, on 9/26/2017 10:00:00 AM in Courtroom #1 at U.S. Bankruptcy Court, Philadelphia 900 Market St.

4.   You may contact the Bankruptcy Clerk's office at (215)408-2800 to find out whether the hearing has been canceled because no one filed an answer.

                                        Date: 8/25/2017