United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-16770-elf
Angel Pena                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 1          Date Rcvd: Nov 02, 2017
                             Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
db          +Angel Pena,   5301 Oakland Street,   Philadelphia, PA 19124-1221
cr          +Westlake Financial Services,   501 Elm Street, Suite 400,   Dallas, TX 75202-3392
12810149    +Great Plains,   PO Box 255,   93 Mack Rd., Suite 600,   Box Elder, Montana 59521-0255
12810151    +P.G.W.,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
12810152    +PECO Bankruptcy Collections,   2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
12952303    +Wells Fargo Bank,   PO Box 63491 MAC A0143-042,   San Francisco, Ca 94163-0001
12850026    +Westlake Financial Services,   c/o J. Ward Holliday & Assoc. P.C.,
              501 Elm St., Suite 400, LB 13,   Dallas, TX 75202-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 03 2017 01:10:14   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2017 01:09:45
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 03 2017 01:10:10   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12810150     E-mail/Text: cio.bncmail@irs.gov Nov 03 2017 01:09:39   Internal Revenue Service,
              P.O. Box 21126,   Philadelphia, PA 19114
12854412    +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 03 2017 01:10:03
              Westlake Financial Services,   4751 Wilshire Boulevard,   Suite #100,
              Los Angeles, CA 90010-3847
12810154     E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 03 2017 01:10:03
              Westlake Financial Services,   PO Box 54807,   Los Angelos, CA 90054-0807
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12810153     ##+Plain Green Loans,   PO Box 255,   93 Mack Rd., Suite 600,   Box Elder, Montana 59521-0255
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Westlake Financial Services
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Westlake Financial Services tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY PERLICK    on behalf of Debtor Angel Pena Perlick@verizon.net, pireland1@verizon.net
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGEL PENA                              Chapter 13

                Debtor          Bankruptcy No. 12-16770-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 1, 2017**_____
                                Eric L. Frank
                                ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
ANGEL PENA

5301 OAKLAND STREET

PHILADELPHIA, PA 19124-